UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

UNSEALED        Grand Jury Sworn in on May 11, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 04-212 (GK) |
| v. : | GRAND JURY ORIGINAL |
| JOSE MARIA CORREDOR-IBAGUE, :<br>a/k/a "Boyaco" and "Chepe," : | VIOLATIONS: |
| LUIS ALFREDO NANEZ-DUARTE, :<br>a/k/a "Oscar" and "Flaco," : | 21 U.S.C. §963<br>(Conspiracy to Manufacture and<br>Distribute Five Kilograms or More |
| MIGUEL ANGEL OSORIO-CASTANO, :<br>a/k/a "Careca," : | of Cocaine Intending and Knowing<br>that the Cocaine Will Be<br>Imported into the United States) |
| WILLIAM HENRY HOWARD OGLE, :<br>a/k/a "Pierre Jacques Dellanoy," : | 18 U.S.C. §2<br>(Aiding and Abetting) |
| GRACIELLA BELTRAN-OLAYA, :<br>a/k/a "Chela," : | 21 U.S.C. Section 960a<br>(Engaging in conduct violating |
| CARLOS IVAN MENDES-MESQUITA, :<br>a/k/a "Don Carlos," : | 21 U.S.C Section 841(a), knowing<br>and intending to provide anything<br>of pecuniary value to a person or |
| JOSE ALONSO MARTINEZ-PARRA, :<br>a/k/a "Jose Eliadoro Sanchez-Paredes", :<br>"Heliadoro", and "Elio" : | organization engaged in terrorism<br>or terrorist activity) |
| SANDRO ENRIQUE ERCOLI-GARCIA : | |
| CAROLINA YANAVE-ROJAS :<br>a/k/a "Edilma Morales Loaiza", :<br>"Maritza Bolano Lopez", "La Negra", :<br>and "Marucha" : | FILED IN OPEN COURT<br><br>OCT 26 2006 |
| LUIS ENRIQUE DELGADO- :<br>RODRIGUEZ :<br>a/k/a "Luis Eduardo Delgado :<br>Ibanez", "Julio", and "Nene" :<br>    Defendants. : | CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |

KESSLER, J. GK   SUPERSEDING

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about sometime in 2001, the exact date being unknown to the Grand Jury, and continuing thereafter up to on or about October 15, 2006, in the Republic of Colombia and elsewhere, the defendants, **JOSE MARIA CORREDOR-IBAGUE, a/k/a "Boyaco" and "Chepe," LUIS ALFREDO NANEZ-DUARTE, a/k/a "Oscar" and "Flaco," MIGUEL ANGEL OSORIO-CASTANO, a/k/a "Careca," WILLIAM HENRY HOWARD OGLE, a/k/a "Pierre Jacques Dellanoy," GRACIELLA BELTRAN-OLAYA, a/k/a "Chela," CARLOS IVAN MENDES-MESQUITA, a/k/a "Don Carlos," JOSE ALONSO MARTINEZ-PARRA, a/k/a "Jose Eliadoro Sanchez-Paredes", "Heliadoro" and "Elio," SANDRO ENRIQUE ERCOLI-GARCIA, CAROLINA YANAVE- ROJAS, a/k/a "Edilma Morales Loaiza", "Maritza Bolano Lopez", "La Negra", and "Marucha", and LUIS ENRIQUE DELGADO-RODRIGUEZ, a/k/a "Luis Eduardo Delgado Ibanez", "Julio", and "Nene"**, did knowingly and intentionally combine, conspire, confederate and agree, with others known and unknown to the Grand Jury, including with co-conspirators not indicted herein, to commit the following offense against the United States: to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959, all in violation of Title 21, United States Code, Sections 963, 960 (a)(3) and 960 (b)(1)(B)(ii) and Title 18, United States Code, Sections 2 and 3551 et seq.

### COUNT TWO

The Grand Jury further charges that from on or about March 6, 2006 to on or about October 15, 2006, the defendant **JOSE MARIA CORREDOR-IBAGUE, a/k/a "Boyaco" and "Chepe"**, did unlawfully engage and attempt to engage in conduct that would be punishable under Title 21, United States Code, Section 841(a) if committed

within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, having knowledge that the said person and organization has engaged and engages in terrorist activity and terrorism, in violation of Title 21, United States Code, Section 960a.

A TRUE BILL:

_____
FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005

By: _____
Matthew Stiglitz/Paul W. Laymon, Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005
(202) 514-1286/ (202) 725-7741