UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **CRIMINAL NO. 04-0212 (GK)** |
| **CARLOS IVAN MENDES-MESQUITA,** : | |
| aka, "Don Carlos," : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States of America, by and through Wayne C. Raabe, Acting Chief, Narcotic and Dangerous Drug Section, United States Department of Justice, Criminal Division, hereby informs the Clerk of this court and all parties of record that Lawrence Schneider, Trial Attorney for the Narcotic and Dangerous Drug Section, enters his appearance as co-counsel for the United States.

Respectfully submitted,

WAYNE C. RAABE
Acting Chief
Narcotic and Dangerous Drug Section

       /s/
LAWRENCE SCHNEIDER
Trial Attorney
U.S. Department of Justice, Criminal Div.
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W., 8th Floor
Washington, DC  20530
(202) 616-4940; Fax: (202) 305-9825
Larry.Schneider@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this pleading was delivered to all parties by ECF this 6th day of June, 2007.

                                               /s/_____
                                             LAWRENCE SCHNEIDER
                                             TRIAL ATTORNEY