UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS IVAN MENDES-MESQUITA )<br>aka, "Don Carlos," )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 04-212 (GK) |

**GOVERNMENT'S STATUS REPORT**

The United States, by and through the undersigned attorney, hereby files this status report. Carlos Ivan Mendes-Mesquita is scheduled for trial starting June 30, 2008. On April 21, 2008, co-defendant Luis Alfredo Nanez-Duarte made his initial appearance in the District of Columbia after being extradited from Colombia. Nanez-Duarte is scheduled for a status hearing on June 18, 2008 at 10:30 a.m. Husband and wife codefendants Jose Maria Corredor-Ibague and Carolina Yanave-Rojas are currently awaiting extradition in Colombia. They were both arrested in Colombia on October 15, 2006. Jose Alonso Martinez-Parra, Sandro Enrique Ercoli-Garcia, and Luis Enrique Delgado-Rodriguez are currently fugitives. William Henry Howard Ogle is currently incarcerated in Brazil. Graciella Beltran-Olaya is currently incarcerated in Suriname.

Within the last week, the Government has received additional information regarding the Colombian extradition proceedings concerning codefendants Corredor-Ibague and Yanave-Rojas. The Government has learned the following: (1) that the first resolution approving Corredor-Ibague's extradition has been forwarded to the Office of

1

the President of Colombia for signature, (2) that the resolution approving Yanave-Rojas' extradition was approved on May 13, 2008, and (3) that Yanave-Rojas filed an appeal on June 9, 2008.  With regard to Yanave-Rojas, the President has a maximum of 2 months to decide the appeal and then will enter a final resolution for extradition.  Once the final resolution is signed and issued, it is anticipated that Yanave-Rojas would be transported to the United States within a period of 30 to 90 days.  With regard to Corredor-Ibague, once the President signs the resolution, there is a 5 day period in which to enter an appeal.  If Corredor-Ibague then enters a timely appeal, the President would have a maximum of 2 months to decide the appeal and the remaining timeline would be similar to the one set forth above concerning the extradition of Yanave-Rojas.

        Respectfully submitted,

/s/_____
Lawrence Schneider
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., NW, 8th Floor
Washington, D.C.  20530
Larry.Schneider@usdoj.gov
Telephone: 202-616-4940
     Fax: 202-305-9825

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, June 17, 2008.

                                                  /s/_____
                                                 Lawrence Schneider
                                                 Narcotic and Dangerous Drug Section
                                               Criminal Division
                                             U.S. Department of Justice
                                             (202) 616-4940