UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-212 (GK) |
| CARLOS IVAN MENDES-MESQUITA ) | |
| aka, "Don Carlos," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Carlos Ivan Mendes-Mesquita, through undersigned counsel, hereby respectfully moves to continue the status conference set for August 18, 2008 to a date on or September 1, 2008.

1. A status conference in this case is set for August 18, 2008.

2. Undersigned counsel has been invited to lecture at a trial practice seminar in Oaxaca, Mexico from August 18-22, 2008.

3. The seminar is sponsored by the United States Agency for International Development (USAID) to help train Mexican lawyers, whose criminal justice system is being reformed into an accusatory system similar to the American system.

4. AUSA Glenn Alexander does not oppose this request, suggesting a date on or after September 1, 2008; attempts to contact Tony Martin, counsel for co-defendant have been unsuccessful but a telephone message informing him of this request was left for him.

5. There is no pending matter that requires resolution in advance of a rescheduled status conference.

WHEREFORE, it is respectfully requested that the Court reschedule the status conference to a mutually convenient date on or after September 1, 2008.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

Carmen D. Hernandez
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(202) 628-0090
(202) 628-2881 (cell)
chernan7@aol.com
Counsel for Carlos Mendes-Mesquita

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the aforementioned Unopposed Motion to Continue Status Conference and proposed Order were served on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*

Carmen D. Hernandez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-212 (GK) |
| CARLOS IVAN MENDES-MESQUITA ) | |
| aka, "Don Carlos," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

Upon consideration of the Unopposed Motion to Continue Status Conference filed by Carlos Ivan Mendes-Mesquita, good cause having been shown, it is this _____ day of August, 2008,

**ORDERED:**

1. that the Unopposed Motion to Continue Status Conference be, and the same hereby, is **GRANTED;** and

2. that a Status Conference be, and the same hereby, is **RESCHEDULED** to _____ of September, 2008 at _____.

_____
**HONORABLE GLADYS KESSLER**
**United States District Judge**